ACCEPTED
03-14-00390-CV
3946468
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 11:36:46 AM
JEFFREY D. KYLE
CLERK

# Jon Michael Smith
### Attorney
3305 Northland Drive
Suite 500
Austin, Texas 78731

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 11:36:46 AM
JEFFREY D. KYLE
Clerk

512.371.1006
512.476.6685 (fax)

www.jonmichaelsmith.com
jon@jonmichaelsmith.com

January 29, 2015

*Via Electronic Filing*
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:     Court of Appeals Number:     03-14-00390-CV
            Trial Court Case Number:     D-1-GN-12-001867

Style:  Charles P. Akin, D.D.S
            v. State Board of Dental Examiners

 Dear Jeffrey D. Kyle - Clerk,

    This letter is to notify you that I will be arguing this case before the Court. This is being sent in response to your letter dated January 23, 2015.

    Should you have any questions or comments, please do not hesitate to contact our office at your earliest convenience.

                    Sincerely,

                        /s/ Jon Smith

                    Jon Michael Smith